UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ANTHONY DAVID ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. NO. 2:18-CV-190 |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the accompanying Order of Remand this day, the Court finds the Joint Motion of Entry of Judgment Under Sentence Four, 42. U.S.C. § 405(g) [Doc. 20] is GRANTED. Plaintiff's Motion for Judgment on the Pleadings [Doc. 16] is DENIED AS MOOT. Accordingly, this case is remanded pursuant to sentence four of 42 U.S.C. §405(g) to the Commissioner for further proceedings consistent with the Order of Remand.

**ENTER:**

s/ *John L. Medearis*
CLERK OF COURT